UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )    Case No. 1:17-cr-00019 |
| | ) |
| v. | )    Honorable Janet T. Neff |
| | ) |
| CARLTON DUANE BALLARD, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on

May 24, 2017, after receiving the written consent of defendant and all counsel. At the hearing,

defendant Carlton Duane Ballard, Jr. entered a plea of guilty to counts 1 and 2 of the Indictment in

exchange for the undertakings made by the government in the written plea agreement. In count 1

of the Indictment, defendant is charged with possession with intent to distribute 5 grams or more of

methamphetamine. In count 2 of the indictment, defendant is charged with possession with intent

to distribute 100 grams or more of heroin. Both counts are in violation of 21 U.S.C. § 841 (a)(1) and

(b)(1)(B)(I). On the basis of the record made at the hearing, I find that defendant is fully capable

and competent to enter an informed plea; that the plea is made knowingly and with full

understanding of each of the rights waived by defendant; that it is made voluntarily and free from

any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to counts 1 and 2 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: May 24, 2017

     /s/ Phillip J. Green             
PHILLIP J. GREEN
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. Mich. L.Cr.R. 11.1(d).