UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLTON DUANE BALLARD, JR.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:17-cr-19

**ORDER**

Defendant appeared before me with counsel on April 7, 2025, for a detention hearing on the petition for warrant or summons for offender under supervision, Fed. R. Crim. P. 32.1(a)(1). Defendant elected not to contest detention. I therefore find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

    **IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Dated: April 7, 2025

      /s/ Ray Kent
      RAY KENT
      U.S. Magistrate Judge